**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**
No. 97-2884EA

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the Eastern |
| v. | * | District of Arkansas. |
| | * | |
| Richard Curtis Deskins, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: November 26, 1997
Filed: December 2, 1997

_____

Before FAGG, BOWMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Richard Curtis Deskins appeals his sentence for possession of firearms by a felon and for possessing an unregistered firearm. Deskins contends the district court improperly denied Deskins's an acceptance of responsibility adjustment because he admitted possessing the firearms. We disagree. Notwithstanding Deskins's admission, he put the Government to its burden of proof at trial so he could pursue defenses the district court characterized as "totally groundless." Also, Deskins did not demonstrate an acceptance of responsibility at trial; instead, he contended he was "set up" to purchase the firearms and that he was guilty only of standing up for his town, state, and country. We thus conclude the district court's decision to deny Deskins the acceptance

of responsibility adjustment was not clearly erroneous. We affirm the district court. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.